UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Fitzgerald Powell | Civil No. 17-cv-3018 PAM/SER |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT |
| Officer Robert Staycoff, individually and in his official capacity; Officer Tony Heifort, individually, and in his official capacity; Officer Steve Vargas, individually and in his official capacity; Steve Holt, individually and in his official capacity; Sergeant John Kaczmarek individually and in his official capacity; North Memorial Health Care; North Memorial Ambulance; the City of Robbinsdale and the City of Brooklyn Center, | NORTH MEMORIAL HEALTH CARE AND ITS D/B/A NORTH MEMORIAL AMBULANCE |
| Defendants. | |

---

IT IS HEREBY STIPULATED by the parties hereto, through the undersigned, their respective attorneys, that all claims against defendant North Memorial Health Care and its d/b/a North Memorial Ambulance may be and hereby are dismissed on the merits with prejudice, but without costs or disbursements to any of the parties hereto.

The remaining action against defendants Officer Robert Staycoff, Officer Tony Heifort, Officer Steve Vargas, Officer Steve Holt, Sergeant John Kaczmarek, the City of Robbinsdale, and the City of Brooklyn Center is not affected by this Dismissal.

DATED: May 1, 2018                                KENNETH UBONG UDOIBOK, P.A.


By /s/ Kenneth U. Udoibok
      Kenneth U. Udoibok (#026252)
310 Fourth Avenue South
Suite 5010
Minneapolis, MN 55415
(612) 808-6031
K@Kenulaw.com

**Attorney for Plaintiff**


DATED: May 1, 2018                                IVERSON, REUVERS, CONDON


By /s/ Jason M. Hiveley
      Jason M. Hiveley (#311546)
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@irc-law.com

**Attorneys for Defendants Staycoff, Heifort, Vargas, Kaczmarek and City of Robbinsdale**


DATED: May 1, 2018                                DANIEL P. KURTZ


By /s/ Daniel P. Kurtz
      Daniel P. Kurtz (#387858)
145 University Avenue West
Saint Paul, MN 55103-2044
(651) 281-1276
Email: dkurtz@lmc.org

**Attorney for Defendants Officer Holt and City of Brooklyn Center**

3

| | |
|---|---|
| DATED: May 1, 2018 | BURKE & THOMAS, PLLP |
| | |
| | By: /s/ Richard J. Thomas |
| |     Richard J. Thomas (#137327) |
| |     Bryon G. Ascheman (#237024) |
| | 3900 Northwoods Drive |
| | Suite 200 |
| | Arden Hills, MN 55112 |
| | (651) 490-1808 |
| | thomas@burkeandthomas.com |
| | ascheman@burkeandthomas.com |

**Attorneys for Defendants North Memorial Health Care and its DBA North Memorial Ambulance**

3